08-CV-01726-CMP

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 28 2008  LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**C 08-1726**

Terry L Jefferson
Plaintiff(s),

vs.

Sea. Parks Dept
Defendant(s).

**COMPLAINT**

## Parties to this Complaint:

Plaintiff's Name, Address and Phone Number: TERRY L. JEFFERSON
902-31- Ave
Sea, WA 98122
206-325-7993
cell-206-3029011

Defendant's Name, Address and Phone Number: SEA. PARKS, Dept
100-Dexter Ave N.
Sea, WA, 98109    206-220-6855

Defendant's Name, Address and Phone Number:
Belinda Chin    SAME AS ABOVE

※ NOTSS.

Defendant's Name, Address and Phone Number:

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary.)

**Jurisdiction:**
(Reason your case is being filed in federal court)

Title VII - Americans with Disabilities Act

**Statement of Claim:**
(State here as briefly as possible the facts of your case.)

My Name is Jerry Jefferson, I have been employed with the City of Sea, Seasonally for since 2000, Since that time I have never had any write-ups or discrepancies, in my record. My attendance has been perfect for 6½ yrs. Until I came to work for Belinda Chin, I had No problems, I was Nominated for City Worker of the Year in 2002, Belinda Chin falsly accused me of attendance and work

**Statement of Claim**
(continued):

related problems. which I feel were unsubstantiated. When I first started working there, we were alone in her office and I was presenting my I.D. for work purposes and she saw I was born in Japan and Jokingly she said in 1917 we were Mortal enemys. I did not think anything of it, Until she started treating me differently. Such as accusing me of leaving early. Shortly afterward. I cannot leave Until My God Man does give me permission and I informed him the Next Day of accusation she Made towards me and he even said she was wrong. My mother recently died from alzhamers and I was taking care of her at the time. I told Belinda Chin. about my situation

1).

and She said I could do things for family Med. leave on Company time. When I used a job situation to turn papers in, She said I was in violation and wrote me up. I started feeling Alienated and uncomfortable at work, because she wasent friendly towards me anymore.

When I took time off of work to care for my Mother in Emergency situations, I called in and had vacation and Sick leave to cover it, and she accused me of being late. You can look at my timesheets W which are documented to reflect no Tardiness. I feel I was discriminated on because of Nationality and the proof is all the discrepancies in my firing. She accussed me of lacks of knowledge in my field and at times I Showed my lead worker different ways to Manage the work he used my experience to work better his Name is Rich Castello and I want him Called as a witness. to my work performance

2)

All of this I feel is reflected in that odd statement she made about "Mortal enemys." This is not right and I would like justice to be served

Yours truly

Terry Jefferson

Nov 28-2008

**Relief:**
(State briefly exactly what you want the court to do for you)

And She said, I could do things for ~~Friday Med~~ leave on ~~consumption~~ time, when I use ~~my~~ Job Situation to ~~drop papers~~. T.J.

I would like back-pay and Job back

**Jury Demand:**
(Optional)

Yes.

11-28-08
Date

*Jerry L Jefferson*
Signature of Plaintiff