UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRY L. JEFFERSON,

    Plaintiff,

    v.

SEATTLE PARKS DEPARTMENT,

    Defendant.

Case No. C08-1726RSL

ORDER GRANTING AN EXTENSION OF TIME TO SERVE AND ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On May 21, 2009, the Court ordered plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for plaintiff's failure to serve defendant within 120 days after the complaint was filed. Federal Rule of Civil Procedure 4(m) provides that if the summons and complaint are not served within 120 days after the complaint is filed, the Court "must dismiss the action without prejudice against the defendant or order that service be made within a specified time." In this case, the latter option is warranted. Plaintiff states that his mother recently passed away and he has been attending to family matters.

    Accordingly, the Court grants plaintiff an extension of time to serve defendant. He must do so and file proof of service with this Court by July 15, 2009, or demonstrate additional reasons by that date why this Court should not dismiss this matter for failure to serve.

ORDER GRANTING AN EXTENSION OF TIME
TO SERVE AND ORDER TO SHOW CAUSE - 1

1 Otherwise, the Court will dismiss this matter without prejudice.  The Clerk of the Court is
2 directed to note this order to show cause on the Court's calendar for July 17, 2009.

4       DATED this 10th day of June, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING AN EXTENSION OF TIME
TO SERVE AND ORDER TO SHOW CAUSE - 2